# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0070
LT Case No. 2020-CA-044784

_____

FLORIDA INSURANCE GUARANTY
ASSOCIATION,

    Appellant,

    v.

PAULA THISTLE,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Scott Allen Blaue, Judge.

Caryn L. Bellus, Bretton C. Albrecht, and Daniela Marrero, of
Kubicki Draper, P.A., Miami, for Appellant.

Jeremy D. Bailie and Sandford Blaine Kinne, of Weber, Crabb &
Wein, P.A., St. Petersburg, for Appellee.

May 26, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and SOUD and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____